# United States Court of Appeals
## For the First Circuit

No. 03-2323

TEN TAXPAYER CITIZENS GROUP; CAPE COD MARINE TRADES ASSOCIATION, INC.; RAOUL D. ROSS; THE MASSACHUSETTS BOATING AND YACHT CLUBS ASSOCIATION, INC.,

Plaintiffs, Appellants,

v.

CAPE WIND ASSOCIATES, LLC,

Defendant, Appellee.

ERRATA SHEET

The opinion of this Court issued on June 28, 2004 is amended as follows:

On the cover page, "Kurt W. Hague, with whom Timothy J. Dacey and Goulston & Storrs, P.C. were on brief, for appellee." should be changed to "Timothy J. Dacey, with whom Kurt W. Hague and Goulston & Storrs, P.C. were on brief, for appellee."